STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br><br>Bettye Joyce Geiger Bettye Geiger | Chapter 13<br><br>Case Number: 13-11074-ELF |
|---|---|

**NOTICE OF APPEARANCE**

Lakeview Loan Servicing, LLC [1] [2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
***STERN & EISENBERG, PC***
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 6TH DAY OF JANUARY, 2017.

By:    /s/William E. Miller, Esquire
☑   William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone:  (215) 572-8111
Facsimile:  (215) 572-5025
Bar Number:  308951
wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: Lakeview Loan Servicing, LLC.
2  The current Servicer of this loan is M&T Bank.
3  For reference, the property address associated with the undersigned's representation is 7524 Elmwood Avenue, Philadelphia, PA 19153.

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Bettye Joyce Geiger Bettye Geiger
7524 Elmwood Avenue
Philadelphia, PA 19153

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

David M. Offen, Esquire
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

                                                    Respectfully Submitted:

                                                    Stern & Eisenberg, PC

        By:      <u>/s/ William E. Miller, Esquire</u>
                    ☒  William E. Miller, Esquire
                   Stern & Eisenberg, PC
                   1581 Main Street, Suite 200
                   The Shops at Valley Square
                   Warrington, PA 18976
                   Phone:  (215) 572-8111
                   Facsimile:  (215) 572-5025
                   Bar Number:  308951
                   wmiller@sterneisenberg.com

Date:  January 6, 2017