United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bettye Joyce Geiger  
      Debtor

Case No. 13-11074-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Feb 09, 2017  
                     Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.  
13015085      Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Bettye Joyce Geiger dmo160west@gmail.com, davidoffenecf@gmail.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o M&T Bank bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD MILLER   on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o M&T Bank wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                           TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-11074-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Bettye Joyce Geiger
7524 Elmwood Avenue
Philadelphia PA 19153

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/08/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933

Name and Address of Transferee:

Lakeview Loan Servicing LLC
c/o M & T Bank
One Fountain Plaza
7th FLoor - Payment Processing
Buffalo, NY 14203-1495

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/11/17

Tim McGrath
**CLERK OF THE COURT**