WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| In Re:  Bettye Joyce Geiger   Debtor(s) | Chapter 13  Case Number: 13-11074-ELF |
|---|---|

## ORDER

AND NOW, this  29th  day of  March , 2017, upon the motion of Lakeview Loan Servicing, LLC ("Movant") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court, it is **ORDERED** AND that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"):  7524 ELMWOOD AVENUE, PHILADELPHIA, PA 19153

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**