United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bettye Joyce Geiger  
    Debtor

Case No. 13-11074-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Mar 29, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db          +Bettye Joyce Geiger,    7524 Elmwood Avenue,    Philadelphia, PA 19153-1332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Bettye Joyce Geiger dmo160west@gmail.com,
          davidoffenecf@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o M&T Bank
          bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o M&T Bank
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o M&T Bank
          tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o M&T Bank
          wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                             TOTAL: 8

WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| In Re:<br>    Bettye Joyce Geiger<br>        Debtor(s) | Chapter 13<br><br>Case Number: 13-11074-ELF |
|---|---|

**ORDER**

AND NOW, this ___29th___ day of ___March___, 2017, upon the motion of Lakeview Loan Servicing, LLC ("Movant") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court, it is **ORDERED** AND that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"): 7524 ELMWOOD AVENUE, PHILADELPHIA, PA 19153

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**