Certificate Number: 12433-PAE-DE-027325471

Bankruptcy Case Number: 12-12377



12433-PAE-DE-027325471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 22, 2016</u>, at <u>12:14</u> o'clock <u>PM EDT</u>, <u>Betty Fulford</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 22, 2016</u>            By:    <u>/s/Candace Jones</u>

                                                                                             Name:  <u>Candace Jones</u>

                                                                                              Title:  <u>Counselor</u>