```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                          Case No. 13-11074-elf
Bettye Joyce Geiger                                             Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db            +Bettye Joyce Geiger,    7524 Elmwood Avenue,    Philadelphia, PA 19153-1332
12966042     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
13015085       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13016756      +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
12966043      +Comenity Bank/Brylnhme,    Po Box 182789,    Columbus, OH 43218-2789
12987135      +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
12966044      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
12966046       Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
12966047      +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
12966048      +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
12966049      +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
12966051      +Verizon Pen,    500 Technology Dr Suite 300,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:39     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:49
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13044776      +E-mail/Text: EBNProcessing@afni.com Jan 18 2018 01:52:06     Afni, Inc,   PO Box 3667,
               Bloomington, IL 61702-3667
12966040      +E-mail/Text: EBNProcessing@afni.com Jan 18 2018 01:52:06     Afni-Bloom,
               404 Brock Dr  Po Box 3097,    Bloomington, IL 61701-2654
13076953       E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:39     City of Philadelphia, Law Department,
               Tax Unit, Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13248903       E-mail/Text: camanagement@mtb.com Jan 18 2018 01:51:30     Lakeview Loan Servicing LLC,
               c/o M & T Bank,    One Fountain Plaza,    7th FLoor - Payment Processing,
               Buffalo, NY 14203-1495
12966045      +E-mail/Text: bankruptcygroup@peco-energy.com Jan 18 2018 01:51:30     Peco Energy,
               2301 Market Street,    Philadelphia, PA 19103-1380
12996381       E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2018 01:51:34
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12966041*     +Afni-Bloom,    404 Brock Dr  Po Box 3097,    Bloomington, IL 61701-2654
13052145     ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
12966050     ##Verizon,    P.O. Box 28002,    Lehigh Valley, PA 18002-8002
                                                                                        TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Bettye Joyce Geiger dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o M&T Bank
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o M&T Bank
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o M&T Bank
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o M&T Bank
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Bettye Joyce Geiger
        Debtor(s)

Bankruptcy No: 13−11074−elf
Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/17/18