United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bettye Joyce Geiger  
    Debtor

Case No. 13-11074-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: ChrissyW　　Page 1 of 1　　Date Rcvd: Feb 26, 2018  
　　　　　　　　　　　Form ID: 195　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db　　　　+Bettye Joyce Geiger,　 7524 Elmwood Avenue,　 Philadelphia, PA 19153-1332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:  
　　　　DAVID M. OFFEN　　on behalf of Debtor Bettye Joyce Geiger dmo160west@gmail.com, davidoffenecf@gmail.com  
　　　　DENISE ELIZABETH CARLON　　on behalf of Creditor　 Lakeview Loan Servicing, LLC, c/o M&T Bank bkgroup@kmllawgroup.com  
　　　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor　 Lakeview Loan Servicing, LLC, c/o M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor　 BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　THOMAS I. PULEO　　on behalf of Creditor　 Lakeview Loan Servicing, LLC, c/o M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　WILLIAM EDWARD MILLER　　on behalf of Creditor　 Lakeview Loan Servicing, LLC, c/o M&T Bank wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Bettye Joyce Geiger  : Case No. 13–11074–elf
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , February 26, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

49
Form 195